UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81017-CIV-MARRA/MATTHEWMAN

HOWARD COHAN,

    Plaintiff,

vs.

IL TOCCO, LLC d/b/a DAVINCI'S OF BOCA,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation of Dismissal (DE 13). It is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of October, 2015.

_____
KENNETH A. MARRA
United States District Judge